```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

RICHARD S. MYERS,
                                        NO. CIV. 2:11-1714 WBS KJN
          Plaintiff,
                                        ORDER OF RECUSAL
               v.

ENCORE CREDIT, a Delaware
corporation; FIDELITY NATIONAL
TITLE INSURANCE COMPANY;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
T.D. SERVICE COMPANY; EMC
MORTGAGE CORPORATION a Delaware
corporation; BANK OF AMERICA,
N.A.; BEAR STEARNS ASSET BACKED
SECURITIES I LLC; a Delaware
limited liability company,
BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2007-HE5;
LASALLE BANK NATIONAL
ASSOCIATION; and DOES 1-20,
inclusive,

          Defendants.
                                   /
                            ----oo0oo----
```

Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in <u>Amstadter v. Bank of America</u>,

1

Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

     IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.  All dates pending before the undersigned are hereby vacated.

DATED:  June 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE