PHILIP T. BESIROF (BAR NO. 185053)
pbesirof@mofo.com
SETH A. SCHREIBERG (BAR NO. 267122)
sschreiberg@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., as successor in interest to EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION; BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee for Certificate holders of BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2007-HE5; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. MYERS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENCORE CREDIT, *a Delaware Corporation;* FIDELITY NATIONAL TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; T.D. SERVICE COMPANY; EMC MORTGAGE CORPORATION *a Delaware corporation*; BANK OF AMERICA, N.A.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; *a Delaware limited liability company,* BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-HE5; LASALLE BANK NATIONAL ASSOCIATION; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-CV-01714-KJM-KJN<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**Date:   November 30, 2011**<br>**Time:  10:00 AM**<br>**Court: 3**<br>**Judge: Hon. Kimberly J. Mueller**<br><br>Action Filed: June 24, 2011 |

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order re: Status, dated June 29, 2011, the undersigned, counsel of record for JPMORGAN CHASE BANK, N.A., as successor in interest to EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION; BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee for Certificate holders of BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2007-HE5; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., certifies that the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. JPMorgan Chase & Co. ("JPMC") is the parent company of JPMorgan Chase Bank, National Association ("Chase").  Chase is the successor in interest to named Defendant EMC Mortgage Corporation.  Named Defendant Bear Stearns Asset Backed Securities I LLC is a wholly-owned subsidiary of the Bear Stearns Corporation, which in turn is wholly owned by JPMC.  JPMC is publicly traded. It has no parent company and no publicly-held company owns more than 10% of JPMC's shares.

2. Bank of America Corporation is the parent company of named Defendant Bank of America, National Association. Bank of America Corporation is publicly traded.  No publicly-held company owns more than 10% of Bank of America's shares.

3. Mortgage Electronic Registration Systems, Inc., ("MERS") is a subsidiary of MERSCORP, Inc.

4. Bear Stearns Asset Backed Securities I Trust 2007-HE5 is a New York common law trust.  Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., is Trustee for Certificate holders of the trust.  The trust was formed pursuant to a pooling and servicing agreement among EMC Mortgage Corporation, LaSalle Bank, N.A., and Bear Stearns Asset Backed Securities I, LLC.

Dated: October 14, 2011

PHILIP T. BESIROF
SETH A. SCHREIBERG
MORRISON & FOERSTER LLP


By: /s/ Seth A. Schreiberg
Seth A. Schreiberg

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., as successor in interest to EMC MORTGAGE LLC, formerly known as EMC MORTGAGE CORPORATION; BANK OF AMERICA, N.A., as successor by merger to LASALLE BANK NATIONAL ASSOCIATION, as Trustee for Certificate holders of BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2007-HE5; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.